**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MALIKA HERON,

                        Plaintiff,

-against-                                  21 **CIVIL** 9471 (CM)

                                                **<u>JUDGMENT</u>**

MEDRITE TESTING, LLC,
CHRISTOPHER SCHRIER, and JANE DOE,

                        Defendants.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 25, 2022, Defendant's motion to dismiss the First Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      April 26, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                      **Clerk of Court**

                       **BY:**          K. Mango

                                                      _____
                                                          **Deputy Clerk**